```
                                        FILED
                            CLERK, U.S. DISTRICT COURT

                                    JUL - 8 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL M. MULDREW,            )<br>                              )<br>       Plaintiff,            )<br>                              )<br>  v.                          )<br>                              )<br>MICHAEL J. ASTRUE,[1]         )<br>Commissioner of Social Security, )<br>                              )<br>       Defendant.            )<br>_____) | No. CV 07-0251-RC<br><br>JUDGMENT |

   IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: July 8, 2008

                                    _____
                                    ROSALYN M. CHAPMAN
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in the action.